**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 28, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00170-CV

_____

## IN RE MARYANN DIRDEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-274118**

---

## MEMORANDUM OPINION

On March 13, 2023, relator Maryann Dirden filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable J. Christian Becerra, presiding judge of the 434th Judicial District Court of Fort Bend County, to vacate the December 12, 2023 order dismissing relator's case for want of prosecution and reinstate the case to its original posture.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.